83,226-01

**Barbara Gladden Adamick**
**District Clerk of Montgomery County, Texas**
**Post Judgment Division**
**P.O. Box 2985**
**Conroe, Tx 77305**

936-539-7853                          281-354-5511 Houston
936-788-8383                          936-539-7855 Conroe

April 22, 2015

ABLE ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN TX 78711

RE:    TRIAL CT. CAUSE NO. 11-01-00582-CR-(1)


       EX PARTE: NOEL BAIRD NORWOOD

       In the 410TH   District Court of Montgomery County, Texas

Dear Mr. Acoata:

Enclosed please find a copy of State's Request for Additional time to Resolve issues raised by
Application for a Writ of Habeas Corpus and Motion for Extension of time to Resolve Factual
issues in Application for a Writ of Habeas Corpus  in the styled and number Post-Conviction
Application for Writ of Habeas Corpus. Please acknowledge receipt of same on the enclosed
copy of this letter.

Thank you for your assistance in this matter.

Sincerely,

Barbara Gladden Adamick
District Clerk

By: _____
       Leah Timmons, Deputy

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**APR 28 2015**

**Abel Acosta, Clerk**

RECEIVED AND FILED
FOR RECORD
At ___ O'Clock ___ M.

APR 17 2015

BARBARA GLADDEN ADAMICK
District Clerk
MONTGOMERY COUNTY, TEXAS
By ___ Deputy

CAUSE NO. 11-01-00582-CR-(1)

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT FOR |
| | § | |
| NOEL BAIRD NORWOOD | § | THE 410TH JUDICIAL DISTRICT, |
| | § | |
| | § | MONTGOMERY COUNTY, TEXAS |

---

### STATE'S REQUEST FOR ADDITIONAL TIME
### TO RESOLVE ISSUES RAISED BY APPLICATION
### FOR A WRIT OF HABEAS CORPUS

---

The applicant, Noel Baird Norwood, was charged by indictment with the offense of Aggravated Sexual Assault, alleged to have occurred on or about September 23, 2010. The applicant entered a plea of "not guilty," but the jury found the applicant guilty as charged. The jury assessed his punishment at imprisonment for six years. The Ninth Court of Appeals affirmed applicant's conviction and sentence, and his conviction became final on October 7, 2013.

On October 17, 2014, the applicant filed his first application for writ of habeas corpus pursuant to article 11.07, of the Texas Code of Criminal Procedure, alleging that trial counsel did not provide the effective assistance of counsel. The State received a copy of the application from the district clerk on October 27, 2014.

This Court issued an order designating issues to be resolved and requiring the applicant's trial counsel, Mr. Scott Ramsey, to submit an affidavit responding

to the applicant's claims. Ramsey filed an affidavit with this Court on December 26, 2014, explaining that, due to numerous issues, he had been unable to address the questions posed by this Court and requesting at least 30 days of additional time to complete his affidavit. To date, no additional affidavit has been filed.

The Court of Criminal Appeals recently adopted amendments to the rules of appellate procedure requiring that the trial court resolve all fact issues in a writ of habeas corpus within 180 days of the date the State received notice of the petition. *See* Tex. R. App. P. 73.5. The 180 days will expire in this case on or about April 25, 2015. Therefore, the State respectfully requests that this Court submit to the Court of Criminal Appeals a motion for extension of time to resolve the factual issues raised by the application for a writ of habeas corpus.

Respectfully submitted,

BRETT W. LIGON
District Attorney
Montgomery County, Texas

JASON LARMAN
Assistant District Attorney
Montgomery County, Texas
SBT No. 24072468
207 W. Phillips, Second Floor
Conroe, Texas 77301
(936) 539-7800
jason.larman@mctx.org

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion and the proposed motion for extension of time was e-mailed to the attorney for the applicant on the date of the filing of the original with the clerk of this Court.

JASON LARMAN
Assistant District Attorney
Montgomery County, Texas

Granted 5/7/2015
Judge Barbara

RECEIVED AND FILED
At 3:30 O'Clock P M.
FOR RECORD

APR 17 2015

BARBARA GLADDEN ADAMICK
District Clerk
MONTGOMERY COUNTY, TEXAS
By_____ Deputy

**TRIAL COURT CAUSE NO. 11-01-00582-CR-(1)**

| | | |
|---|---|---|
| EX PARTE | § | IN THE COURT OF |
| | § | |
| NOEL BAIRD NORWOOD | § | CRIMINAL APPEALS |
| | § | |
| | § | OF TEXAS |

---

### MOTION FOR EXTENSION OF TIME TO REOLVE FACTUAL ISSUES IN APPLICATION FOR A WRIT OF HABEAS CORPUS

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The 410th District Court of Montgomery County, Texas, requests an additional 60 days to resolve the factual issues raised by the application for a writ of habeas corpus in this case, and would respectfully show as follows:

### I.

The applicant, Noel Baird Norwood, was charged by indictment with the offense of Aggravated Sexual Assault, alleged to have occurred on or about September 23, 2010. The applicant entered a plea of "not guilty," but the jury found the applicant guilty as charged. The jury assessed his punishment at imprisonment for six years. The Ninth Court of Appeals affirmed applicant's conviction and sentence, and his conviction became final on October 7, 2013.

The applicant filed his first application for a writ of habeas corpus on October 17, 2014. The State received notice of the application on October 27,

2014, and this Court designated factual issues to be resolved on November 18, 2014. The Court ordered the applicant's trial counsel to file an affidavit within 30 days of the order designating issues. Unfortunately, trial counsel did not receive a copy of the order until December 17, 2014, and submitted an affidavit on December 26, 2014, explaining why he had been unable to comply with the deadlines originally set by the order designating issues and requesting additional time to address the applicant's claims. At this time, trial counsel has not submitted an affidavit as ordered by this Court.

Therefore, the 410th District Court of Montgomery County, Texas respectfully requests an additional 60 days to resolve the factual issues raised by the application for a writ of habeas corpus, until June 24, 2015.

Respectfully submitted,

Presiding Judge
410th District Court
Montgomery County, Texas

2